IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:10-CR-00331 AWI |
| vs. | ) | ORDER OF RELEASE |
| FRONILAN BARRERA MORALES, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on November 1, 2010,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 11/1/2010

/a/ ANTHONY W. ISHII
HONORABLE ANTHONY W. ISHII
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1